## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Nathan Andrews, Individually and on Behalf, of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | Case No. 2:19-cv-02514 |
| v. | : : | JUDGE EDMUND A. SARGUS, JR. |
| Producers Service Corporation, | : : | Magistrate Judge Jolson |
| Defendant. | : | |

### DEFENDANT PRODUCERS SERVICE CORPORATION'S
### NOTICE OF SUBSTITUTION AND APPEARANCE OF COUNSEL

Please take notice that attorneys Brendan P. Feheley, Nicholas S. Bobb and Danielle M. Crane of the law firm of Kegler, Brown, Hill + Ritter (hereafter "Kegler Brown") hereby enter their notice of appearance and substitution for Jason H. Beehler as counsel of record. Nicholas S. Bobb will be the trial attorney for Defendant Producers Service Corporation ("Defendant") in the above-captioned matter.  Mr. Beehler is no longer with the Kegler Brown law firm and therefore we request that they be removed from all future mailings and notices.  Said substitution is with the client's knowledge and consent.

        Respectfully submitted,

/s/ Nicholas S. Bobb
Nicholas S. Bobb     (0090537) Trial Attorney
Brendan P. Feheley    (0079107)
Danielle M. Crane     (0098994)
Kegler, Brown, Hill + Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400 | (614) 464-2634 (fax)
nbobb@keglerbrown.com

        bfeheley@keglerbrown.com
        dcrane@keglerbrown.com
        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 30, 2024, a true and accurate copy of the foregoing was filed via the Court's Electronic Filing System, which shall send notification of this filing to all counsel of record.

        /s/ Nicholas S. Bobb
        Nicholas S. Bobb (0090537)