UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEITH JONES,**

    Plaintiff,

  v.

**PRODUCERS SERVICE CORPORATION,**

    Defendant.

Case No. 2:17-cv-1086
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

---

**NATHAN ANDREWS,**

    Plaintiff,

  v.

**PRODUCERS SERVICE CORPORATION,**

    Defendant.

Case No. 2:19-cv-2514
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

During the Status Conference held on April 15, 2024 (ECF No. 141), the Parties expressed a desire to participate in mediation. Accordingly, this case is referred to mediation before Charles A. Schneider. The Parties shall contact Mr. Schneider via email (cschneider@isaacwiles.com) to schedule the mediation. The Parties are **ORDERED** to conduct mediation within **60 DAYS** of the date of this Order. The Parties are further **ORDERED** to file a joint status report within **SEVEN (7) DAYS** of the date of their mediation, updating the Court on whether this case is proceeding and proposing a discovery schedule.

    IT IS SO ORDERED.

**6/3/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**