# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : <br> : <br> : |
| and | : <br> : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | :    Case No. 2:17-cv-1086 <br> :              2:19-cv-2514 <br> : |
|                 Plaintiffs, | :    Judge Edmund A. Sargus Jr. <br> : <br> :    Magistrate Judge Kimberly A. Jolson |
| v. | : <br> : |
| Producers Service Corporation, | : <br> : |
|                 Defendant. | : |

## JOINT STATUS REPORT ON SETTLMENT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement finalization:

1. As previously reported, the parties have reached a liability-only settlement in principle that will resolve Plaintiffs' claims for alleged unpaid wages and liquidated damages.

2. Defendant prepared an initial draft of the settlement agreement, which Plaintiffs' counsel has reviewed and revised. The revised draft has been returned to Defendant and is now undergoing further review and consideration.

3. The parties remain actively engaged in this process and are carefully reviewing and refining the draft agreement to ensure its finalization. Despite their continued efforts, additional time is needed to complete this step and finalize the necessary documents.

4. In light of the ongoing review and progress, the parties respectfully request that all deadlines remain stayed to allow the settlement to be finalized.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb       (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley    (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane      (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sanordlawfirm.com |
| PH: (614) 462-5400 \| (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |