# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, : : : and : : Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiffs, : : v. : : Producers Service Corporation, : : Defendant. : | Case No. 2:17-cv-1086  2:19-cv-2514  Judge Edmund A. Sargus Jr.  Magistrate Judge Kimberly A. Jolson |

## JOINT STATUS REPORT

Plaintiffs and Defendant jointly submit this status report to update the Court on the status of settlement discussions and the remaining issues in this case. The Parties remain actively engaged in negotiations regarding Plaintiffs' claim for attorneys' fees. Defendant has substantially completed its review of Plaintiffs' initial demand and supporting documentation and anticipates providing a response next week. If the Parties are unable to reach a resolution through continued discussions, they intend to submit briefing to the Court on the issue of fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle M. Crane* | */s/ Josh Sanford* |
| Nicholas S. Bobb     (0090537) | Josh Sanford, Esq. |
| Brendan P. Feheley   (0079107) | Sanford Law Firm, PLLC |
| Danielle M. Crane      (0098994) | 10800 Financial Centre Parkway, Suite 510 |
| Kegler, Brown, Hill + Ritter Co., LPA | Little Rock, Arkansas 72211 |
| 65 East State Street, Suite 1800 | (501) 221-0088 |
| Columbus, Ohio 43215 | josh@sandordlawfirm.com |
| PH: (614) 462-5400 | (614) 464-2634 (fax) | *Counsel for Plaintiffs* |
| nbobb@keglerbrown.com | |
| bfeheley@keglerbrown.com | |
| dcrane@keglerbrown.com | |
| *Counsel for Defendant* | |