# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : |
| and | : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086<br>2:19-cv-2514 |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. |
| v. | : Magistrate Judge Kimberly A. Jolson |
| Producers Service Corporation, | : |
| Defendant. | : |

## JOINT STATUS REPORT

Plaintiffs and Defendant submit this Joint Status Report to update the Court on the status of settlement and the remaining issues in this case. The Parties have scheduled a follow-up mediation with Charles Schneider for August 26, 2025, at 10:00 a.m. on the issue of attorneys' fees. If mediation is unsuccessful, the Parties will brief the issue to the Court.

Respectfully submitted,

/s/ Danielle M. Crane
Nicholas S. Bobb      (0090537)
Brendan P. Feheley    (0079107)
Danielle M. Crane     (0098994)
Kegler, Brown, Hill + Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, Ohio 43215
PH: (614) 462-5400 | (614) 464-2634 (fax)
nbobb@keglerbrown.com
bfeheley@keglerbrown.com
dcrane@keglerbrown.com
*Counsel for Defendant*

/s/ *Josh Sanford (per Email authorization)*
Josh Sanford, Esq.
Sanford Law Firm, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sandordlawfirm.com
*Counsel for Plaintiffs*