**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Keith Jones, Individually and on Behalf of All Others Similarly Situated, | : <br> : <br> : |
| and | : <br> : |
| Nathan Andrews, Individually and on Behalf of All Others Similarly Situated, | : Case No. 2:17-cv-1086 <br> : 2:19-cv-2514 <br> : |
| Plaintiffs, | : Judge Edmund A. Sargus Jr. <br> : <br> : Magistrate Judge Kimberly A. Jolson |
| v. | : <br> : |
| Producers Service Corporation, | : <br> : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having resolved this case, the case and all claims are hereby dismissed pursuant to Civ.R. 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Danielle M. Crane | /s/ Josh Sanford |
| Nicholas S. Bobb (0090537) <br> Brendan P. Feheley (0079107) <br> Danielle M. Crane (0098994) <br> Kegler, Brown, Hill + Ritter Co., LPA <br> 65 East State Street, Suite 1800 <br> Columbus, Ohio 43215 <br> PH: (614) 462-5400 \| (614) 464-2634 (fax) <br> nbobb@keglerbrown.com <br> bfeheley@keglerbrown.com <br> dcrane@keglerbrown.com <br> *Counsel for Defendant* | Josh Sanford <br> Sanford Law Firm, PLLC <br> 10800 Financial Centre Parkway, Suite 510 <br> Little Rock, Arkansas 72211 <br> (501) 221-0088 <br> josh@sanfordlawfirm.com <br> *Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record were served with this Joint Stipulation of Dismissal with Prejudice via the Court's Electronic Filing System.

                                   */s/ Josh Sanford*
                                   Josh Sanford